**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:                                                          Chapter 11

Trove Brewing, LLC,

        Debtor.                                        BKY 26-31864

<u>**SCHEDULING ORDER**</u>

Under 11 U.S.C. § 1188, the court held a status conference in this case on July 23, 2026. Appearances were noted in the record.  Based on the representations of the parties at the status conference,

**IT IS ORDERED:**

1.  The debtor must file a plan on or before September 1, 2026.

2.  Any election under § 1111(b) of the Bankruptcy Code must be made on or before 14 days before the date of the confirmation hearing.

3.  Any equity security holder or creditor whose claim is based on a security must be the holder of record of the security as of October 8, 2026, to be eligible to accept or reject the plan.

4.  The proposed ballot [Doc 27] is approved.

5.  The proponent must mail copies of the plan, the approved ballot, and this order to all parties required by Fed. R. Bankr. P. 2002(b) and 2002(d) on or before September 17, 2026.

6.  A hearing to consider confirmation of the plan will be held on October 22, 2026, at 10:00 A.M. before Judge Katherine A. Constantine, in Courtroom 8 West, United States Courthouse, 300 S 4th St., Minneapolis, MN 55415.

7.  Holders of claims and interests must accept or reject the plan by submitting a completed ballot to the address provided on the ballot form no later than October 15, 2026.

8.  An objection to confirmation must be made by motion under Local Rule 3020-1 and filed and served no later than October 15, 2026.

9.  No later than 48 hours before the date of the confirmation hearing, the proponent must:

    a.  File all received ballots using the instructions provided by the clerk on the court's website; and

    b.  File and serve the report of ballot tabulation as required under Local Rule 3020-1(b).

10. Except as altered by the Court, dates stated in this order are mandatory. Deadlines will not be extended except for good cause. The Court reserves the right to act upon such requests without a hearing.

11. Failure to comply with this order may result in the imposition of sanctions.

Dated: _July 26, 2026_          _s/ Katherine A. Constantine_
                                               U.S. Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:                                                                                    Case No. 26-31864-KAC

Trove Brewing, LLC                                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3                          User: admin                                 Page 1 of 2

Date Rcvd: Jul 27, 2026                       Form ID: pdf222                             Total Noticed: 8

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trove Brewing, LLC, 1719 County Rd 42 W, Burnsville, MN 55306-6214 |
| aty | + | Sieling Law, PLLC, 12800 Whitewater Dr, Ste. 100, #3201, Minnetonka, MN 55343-9347 |
| opty | + | Venn Tax & Bookkeeping, Inc, 9121 Baltimore St NE, Blaine, MN 55449-4338 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2026 21:46:00 | Internal Revenue Service, 30 E 7th St, Stop 5700 Ste 1222, St Paul, MN 55101 |
| smg | + Email/Text: mdor.bkysec@state.mn.us | Jul 27 2026 21:46:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + Email/Text: bankruptcynoticeschr@sec.gov | Jul 27 2026 21:46:00 | Securities and Exchange Commission, Bankruptcy Section, 175 W Jackson Blvd Ste 900, Chicago, IL 60604-2815 |
| smg | + Email/Text: ustpregion12.mn.ecf@usdoj.gov | Jul 27 2026 21:46:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Jul 27 2026 21:46:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Choice Financial Group |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0864-3                               User: admin                                    Page 2 of 2
Date Rcvd: Jul 27, 2026                          Form ID: pdf222                                Total Noticed: 8

Date: Jul 29, 2026                           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Austyn K Boothe | on behalf of Interested Party Choice Financial Group austyn.boothe@stinson.com  mpl.lssteam5@stinson.com |
| Christopher J Harayda | on behalf of Interested Party Choice Financial Group cj.harayda@stinson.com  MPL.LSSTeam5@stinson.com |
| Mary Sieling | on behalf of Debtor 1 Trove Brewing  LLC mary@sielinglaw.com |
| Sarah J Wencil | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
| Steven B Nosek | on behalf of Trustee Steven B Nosek snosek@noseklawfirm.com  loriadamson@noseklawfirm.com |
| Steven B Nosek | snosek@noseklawfirm.com  loriadamson@noseklawfirm.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 7